In the Matter of the Application of FRANK E. CROSBY, Appellant, for a Writ of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Matter of Crosby* v. *Bd. of Education*, 187 App. Div. 205, affirmed.
(Argued May 22, 1919; decided June 6, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1919, which reversed an order of Special Term granting a motion for an alternative writ of mandamus to compel the defendant to reinstate the relator in the position of janitor-engineer of Evander Childs High School in the city of New York.

*John E. O'Brien* and *Ernest H. Wells* for appellant.

*William P. Burr*, Corporation Counsel (*Terence Farley* and *William E. C. Mayer* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES BOEHM, Appellant.

*People* v. *Boehm*, 176 App. Div. 401, affirmed.
(Submitted May 22, 1919; decided June 6, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1917, which affirmed a judgment of the Onondaga County Court revoking the suspension of execution of a sentence of imprisonment theretofore rendered against the defendant and ordering the execution of said judgment.

*Ray B. Smith* for appellant.

*John H. Walrath*, District Attorney (*James J. Barrett* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.